```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE   NO.   09-21942-CIV-GOLD
                              MAGISTRATE JUDGE P.A. WHITE
```

CHARLES EDWARD DAVIS II,     :

    Plaintiff,          :          REPORT
                                  OF MAGISTRATE JUDGE
v.                           :            (DE#90 & 100)

DADE COUNTY JAIL HEALTH SERVICES
ET AL.,:

    Defendants.         :
_____

      The plaintiff Charles Edward Davis, II, currently housed at Columbia Correctional Institution, has filed a _pro se_ civil rights complaint pursuant to 42 U.S.C. §1983 for damages and other relief. [DE# 1]. The plaintiff has been granted leave to proceed _in forma pauperis_.

      This cause is presently before the Court upon a Motion to Dismiss for Lack of Prosecution filed by defendants Amica, Cambridge and Roach,(DE#90), and Defendants response to plaintiff's motion for extension of time and submission of exhibits, motion to strike, and motion to dismiss (DE#100).

      _Motion to Dismiss_ (DE#90)

      On December 17, 2010, the defendants filed a motion seeking to dismiss this case based upon the plaintiff's failure to comply with the Court's Order requiring him to file a Pre-Trial Statement. The defendants seek sanctions pursuant to Fed.R.Civ.P. 16(f)(1). The

defendants further contend that the plaintiff has apparently abandoned this lawsuit.

The case is at the summary judgment stage and review of the Court's docket indicates that the plaintiff has continued to litigate this case. The plaintiff has failed to file a Pre-Trial Statement. In light of the foregoing, and the plaintiff's <u>pro-se</u> status, it is therefore recommended that the defendants motion to dismiss for lack of prosecution (DE#90) be denied as moot, and the plaintiff be granted an extension of time to file his Pre-Trial Statement.

<u>Defendants Motion to Dismiss</u> (DE#100)

The defendants filed a response to the plaintiff's motion for extension of time and submission of exhibits, a motion to strike and a motion to dismiss on February 15, 2011. The defendants contend that the plaintiff has perpetrated a fraud upon the Court by filing a motion for extension of time to respond to the pending motion for summary judgement and a motion for submission of exhibits. Defendants argue that the plaintiff fraudulently claimed he had not received the motion for summary judgement until January 25, 2011. The defendants claim, as they do in their summary judgment that the plaintiff has continually misrepresented facts to the Court and that the case should be dismissed on that basis. The defendants include two exhibits, including an affidavit from Ms. Padron, a secretary in the County Attorney's Office to support their claim that the plaintiff has perpetrated a fraud upon the Court.

There is a pending motion for summary judgment. One of the arguments of the defendants in the motion for summary judgment is

2

that the plaintiff is perpetuating a fraud upon the Court. Rather than review these pleadings in a piecemeal fashion, the defendants claims should be addressed in their totality upon review of the summary judgment motion.

It is therefore recommended that this motion to strike, motion to dismiss (DE#100) be dismissed without prejudice.

The defendants may wish to supplement their motion for summary judgment with further argument or exhibits supporting their claim that the plaintiff has perpetuated a fraud upon the Court.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

It is so recommended at Miami, Florida, this 13th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Charles Edward Davis II, Pro Se
      DC No. D14298
      Columbia Correctional Institution
      Address of record

      Attorneys of record